

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00237-CV

C. GREGORY SHAMOUN,                                            APPELLANTS
INDIVIDUALLY, AND SHAMOUN &
NORMAN, LLP

V.

CISCO SYSTEMS CAPITAL                                         APPELLEE
CORPORATION

------------

### FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

Appellants filed a timely notice of appeal from the trial court's April 12, 2013 "Final Order." The trial court subsequently granted appellants' motion for new trial on July 24, 2013, while it still had plenary jurisdiction over the case. *See* Tex. R. Civ. P. 329b(e).

---

[1]*See* Tex. R. App. P. 47.4.

On July 25, 2013, we informed the parties that it appeared the trial court's granting of the motion for new trial rendered this appeal moot and that the appeal would be dismissed as moot unless, on or before August 5, 2013, any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. Neither party filed a response.

Therefore, on this court's own motion, we dismiss the appeal as moot. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: August 22, 2013

2